Order issued September 2C , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00453-CV

PRISCILLA BOUIE, Appellant

V.

KIRKLAND'S STORES, INC., Appellee

## ORDER

Before the Court is appellee's August 28, 2012 motion to dismiss appeal for want of prosecution and appellant's September 6, 2012 response. We **DENY** appellee's motion.

Our records reflect appellant has paid the appellate filing fee. Our records further reflect the reporter's record has been filed, but the clerk's record has not due to non-payment. Accordingly, we **ORDER** appellant to pay, or make arrangements to pay, for the clerk's record within twenty (20) days of the date of this order. We caution appellant that failure to pay for the clerk's record will result in dismissal of this appeal without further warning. *See* TEX. R. APP. P. 37.3(b), 42.3 (b),(c).

_____
ELIZABETH LANG-MIERS
JUSTICE